**HIGGINSON**

v.

**CARMICHAEL**

20170695

Supreme Court of Utah.

11-06-2017

20160211, 402 P.3d 146

Petition for Writ of Certiorari Denied.

**FADEL**

v.

**DESERET FIRST CREDIT UNION**

2017053

Supreme Court of Utah.

11-20-2017

20160070, 405 P.3d 807

Petition for Writ of Certiorari Denied.

**LUNDAHL**

v.

**GREGORY**

20170716

Supreme Court of Utah.

11-26-2017

20170309

Petition for Writ of Certiorari Denied.

**BRECHLIN**

v.

**BOARD OF PARDONS**

20170758

Supreme Court of Utah.

11-14-2017

20170224, 402 P.3d 14

Petition for Writ of Certiorari Denied.